UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIANA GALLARDO, individually and on behalf of all employees similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>AMAZON.COM SERVICES LLC, a Delaware Limited Liability Company f.k.a. AMAZON.COM SERVICES INC.; and DOES 1 through 25, inclusive,<br><br>Defendants. | Case No.: 22-cv-297-LAB-AHG<br><br>**ORDER OF DISMISSAL [Dkt. 40]** |

On September 9, 2023, Plaintiff Briana Gallardo and Defendant Amazon.com Services LLC ("Amazon") filed a Joint Motion for Dismissal ("Joint Motion"), dismissing Gallardo's and the class claims for the fifth cause of action without prejudice. (Dkt. 40). The Court already granted the parties' Joint Motion to Dismiss the First, Second, Third, and Fourth Causes of Action and Stay the Fifth Cause of Action until Gallardo joins an earlier filed action entitled *Fuentes v. Amazon.com Services, LLC*, No. CIVSB2133593 (San Bernardino Super. Ct.) ("*Fuentes*"). (Dkt. 34). The Court ordered the parties to file a joint dismissal of the

fifth cause of action once joinder was completed. (*Id.*). The parties represent that the plaintiffs in the *Fuentes* action filed the first amended complaint on September 1, 2023, thereby adding Gallardo as a named plaintiff in that action. (Dkt. 40). The stay should therefore be lifted, and the case dismissed.

Prior to class certification, a named plaintiff may voluntarily dismiss class claims under Federal Rule of Civil Procedure 41(a)(1). *See Cota v. Porven*, Ltd., No. 20-cv-1806-BAS-RBB, 2022 WL 173401, at *1 (S.D. Cal. Jan. 18, 2022); *see also Richey v. GetWellNetwork*, Inc., No. 20-cv-2205-BEN-BLM, 2021 WL 424281, at *3 (S.D. Cal. Feb. 8, 2021) ("Because no class has been certified in this case, Rule 23 does not mandate either Court approval of the instant settlement or notice to putative class members."); *Lee v. CVS Pharmacy, Inc.*, No. 20-cv-1923-BEN-DEB, 2021 WL 308283, at *2 (S.D. Cal. Jan. 28, 2021) (collecting cases). The parties' Joint Motion is **GRANTED**. The stay is **LIFTED**, and pursuant to Rule 41(a)(1)(A)(ii), the fifth cause of action is **DISMISSED WITHOUT PREJUDICE**. The parties shall bear their own expenses, costs, and attorneys' fees. Upon entry of this Order, there are no unresolved claims because Gallardo's and the class claims for the first, second, third, and fourth causes of action against Amazon have already been dismissed. (*See* Dkt. 34). The Clerk is directed to terminate this case.

**IT IS SO ORDERED**.

Dated:  September 12, 2023

*Larry A. Burns*
Honorable Larry Alan Burns
United States District Judge